File No.: 13805

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Brian M. Joseph, | : | Bankruptcy Case No. 23-22012 JCM |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

## CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on February 1, 2024, I served a copy of the Court's February 1, 2024, wage attachment Order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Sensus USA, Inc., Attn: Payroll Manager, 637 Davis Drive, Morrisville, NC 27560.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: February 1, 2024

                                       TREMBA, KINNEY, GREINER & KERR, LLC
                                       BY

                                       /s/ Daniel R. White
                                            Daniel R. White
                                            PA I.D. No. 78718
                                            1310 Morrell Avenue, Suite C
                                            Connellsville, PA 15425
                                            724-628-7955
                                            Email: dwhite@westpalawyers.com
                                            Attorneys for Debtor