**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| BRIAN M. JOSEPH | Case No.:23-22012 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/22/2023 and confirmed on 11/14/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 22,885.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,880.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,336.78 | |
| Trustee Fee | 1,373.10 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,709.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US DEPARTMENT OF HUD(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5979 | | | | |
| US DEPARTMENT OF HUD(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0703 | | | | |
| US DEPARTMENT OF HUD(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0703 | | | | |
| MIDFIRST BANK | 0.00 | 8,904.17 | 0.00 | 8,904.17 |
| Acct: 4476 | | | | |
| MIDFIRST BANK | 12,114.41 | 0.00 | 0.00 | 0.00 |
| Acct: 4476 | | | | |
| SANTANDER CONSUMER USA | 28,134.16 | 6,214.79 | 3,051.16 | 9,265.95 |
| Acct: 9484 | | | | |
| SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9484 | | | | |
| | | | | 18,170.12 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 23-22012 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| BRIAN M. JOSEPH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN M. JOSEPH | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC(++) | 556.88 | 556.88 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ | 3,443.12 | 2,779.90 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,153.10 | 0.00 | 0.00 | 0.00 |
| Acct: 4821 | | | | |
| MIDFIRST BANK | 950.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4476 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BREEZE LINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0378 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1966 | | | | |
| US DEPARTMENT OF EDUCATION | 6,641.24 | 0.00 | 0.00 | 0.00 |
| Acct: 4821 | | | | |
| INTERNAL REVENUE SERVICE* | 20.84 | 0.00 | 0.00 | 0.00 |
| Acct: 4821 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ESTATE OF DEBORAH JOSEPH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                   18,170.12

TOTAL CLAIMED
PRIORITY         2,103.10
SECURED         40,248.57
UNSECURED        6.662.08

Date: 07/07/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com